UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CV17- 2742

Roxanne Purcell
Est. of Garland tyree jr

☐ ORIGINAL

Plaintiff,

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

[Insert full name of plaintiff/prisoner]

CHEN, J.

MANN. M.J.

JURY DEMAND

YES ✓     NO ____

-against-

1. Bureau of Alcohol, tabacco i firearms New York Field Division
2. Colleen Kavanagh
3. 120 Precinct (NYPD)
4. 1800 Crime stoppers

RECEIVED
MAY - 4 2017
PRO SE OFFICE

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I. Parties: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff Roxanne Purcell 24 Heron court Newark Delaware 19702

If you are incarcerated, provide the name of the facility and address:

_____
_____
_____

Prisoner ID Number: _____

1

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Roxanne Purcell
Street Address: 24 Huron Ct
City and County: Newark Delaware
State and Zip Code: 19702
Telephone Number: (302) 595-3625
E-mail Address:

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: 120 precinct
Job or Title (if known):
Street Address: 78 Richmond terrace
City and County: Staten Island, NY 10301
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 2

Name: Colleen Kavanagh
Job or Title (if known): A.U.S.A.
Street Address: 271 cadman plaza east
City and County: Brooklyn, NY 11201

2

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 3

Name  Bureau of Alcohol, tabacco and Fiera

Job or Title  New York field Division (FY-03)
(if known)

Street Address  300 coffey street

City and County  Brooklyn Kings County

State and Zip Code  New york 11231

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 4

Name  1800 Crime stoppers

Job or Title _____
(if known)

Street Address  1 police plaza path

City and County  New york New york

State and Zip Code  New york 10038

Telephone Number  1800 577-8477

E-mail Address _____
(if known)

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question  ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____
_____
_____

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Roxanne Purcell, is a citizen of the State of *(name)* Delaware.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* NYPD 120 Precinct, is a citizen of the State of *(name)* New York. Or is a citizen of *(foreign nation)* _____.

4

b.  If the defendant is a corporation

The defendant, *(name)* Colleen Kavanagh is incorporated under the laws of the State of *(name)* New York, and has its principal place of business in the State of *(name)* New York. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

mental and emotional suffering physical & mental therapy

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On 6.27.2002 my son Garland Tyree was falsely arrested and wrongfully imprisoned due to a call I made to protect him from friends when I made an anonimous call to 1800 crime stoppers informing them that Garland Friends has weapons in my house. The call was made on or around 6.26.2002. In the coming case was dismissed on 9/29/02 A.D.A. and A.U.S.A. Collen Kavanagh rearrested Garland Tyree on 10.3.2002 and falsely imprison for same arrest stemming from 6.27.2002 when court documents shows dismissal.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons your claim you are entitled to actual or punitive money damages.

_____
_____
_____
_____
_____

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-28, 2017

Signature of Plaintiff   Rohonop Purell

Printed Name of Plaintiff   Rovanne Purcell